

# In the Missouri Court of Appeals
# Eastern District

NOVEMBER 4, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED100928    CYNTHIA SCHUENKE, RES V COMMUNITY FIRE, ET AL, APP